UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES C. WINDING**                                                                                                         **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:13cv289-CWR-LRA**

**C. RUTLEDGE, et al.**                                                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on February 25, 2014, Docket No. 67, which denied Plaintiff James Winding's motions for partial summary judgment [16 and 42], and granted a motion to dismiss [Docket No. 17] by C. Dukes, D. Huggins, V. Lard, F. Ovalle, M. Powe, R. Rice, F. Shaw, and J. Webb (the MTC Defendants). The Report and Recommendation clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2). This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.[1]

Therefore, all claims against the MTC Defendants are hereby dismissed with prejudice.

**SO ORDERED**, this the 15th day of August, 2014.

                                                                                             s/ Carlton W. Reeves
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] To the extent that Plaintiff's subsequent filings can be construed as objections, they fail to demonstrate that the Magistrate Judge's ruling was clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).